HASTINGS & CO. *v.* DEVORAN.

In an action on an account, the plaintiff, under section 2406 of the Code, is a competent witness to show the preliminary matters required by law, in order to introduce his books of account in evidence.

*Appeal from the Mitchell District Court.*

FRIDAY, DECEMBER 10.

Plaintiffs claim upon an account made with Kemp & Hastings, and which they allege to be their property. Upon the trial, the plaintiffs offered S. W. Hastings, one of the firm of Kemp & Hastings, and also of Hastings & Co., to prove the preliminary matters required by law, for the purpose of introducing in evidence, the books of original entries of Kemp & Hastings, in which the account sued on was originally entered.   Defendant objected to the introduction of this witness, with the said books, which objection was sustained; and plaintiffs excepted.   Judgment for defendant, and plaintiffs appeal.

*S. Barbour* and *J. O. Crosby*, for the appellants.

WRIGHT, C. J.—Upon what ground this testimony was excluded, we cannot understand.   No objection has been pointed out to it, and it is believed that none exists.   Its admissibility is clearly provided for by section 2406 of the Code.   Hastings, (the person offered to be sworn,) was, in the language of this section, "a party;" and, by his oath, it was proposed to show the matters .preliminary, and required by law, in order to introduce the books.   But he was not only a party, but one of the firm with whom the account was made, and hence in a position to verify its justice and truth, and to speak of the time of making the entries.   There was error in excluding the proof, and the judgment is therefore reversed.